
SLIP OPINION

Cite as 2013 Ark. 484

# SUPREME COURT OF ARKANSAS

No. CR-13-631

| | | |
|---|---|---|
| TERRY FARNSWORTH | APPELLANT | **Opinion Delivered** November 21, 2013 |
| v. | | APPELLEE'S MOTION TO DISMISS APPEAL [WHITE COUNTY CIRCUIT COURT, 73CR-10-213, 73CR-10-248, HON. ROBERT EDWARDS, JUDGE] |
| STATE OF ARKANSAS | APPELLEE | MOTION GRANTED. |

## PER CURIAM

On July 19, 2013, appellant Terry Farnsworth lodged an appeal in this court from a circuit court order that had dismissed his pro se petition for writ of habeas corpus for lack of jurisdiction. The appellee State now asks that the appeal be dismissed for appellant's failure to submit a brief.

Appellant was informed that his brief-in-chief was due here no later than August 28, 2013. As of the date of this opinion, he has not tendered a brief or filed a motion to file a belated brief. He has taken no action to pursue the appeal.

Failure of an appellant who is acting pro se to file a brief in an appeal is cause for dismissal of an appeal. *Butler v. Hobbs*, 2012 Ark. 162 (per curiam); *Barker v. Hobbs*, 2011 Ark. 420 (per curiam); *Ingold v. State*, 2009 Ark. 611 (per curiam); *see also Vickers v. State*, 2009 Ark. 585 (per curiam); *Pineda v. State*, 2009 Ark. 554 (per curiam).

Motion granted.

*Terry Farnsworth*, pro se petitioner.

*Dustin McDaniel*, Att'y Gen., by: *David R. Raupp*, Sr. Ass't Att'y Gen., for appellee.